IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRUCE FLOYD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4312

Opinion filed November 18, 2016.

Petition for Writ of Prohibition -- Original Jurisdiction.

Bruce Floyd, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

   DENIED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.